THEODOR G. LURMAN, Appellant, *v.* JAMES N. JARVIE et al., Respondents.

*Lurman* v. *Jarvie*, 82 App. Div. 37, affirmed.
(Argued February 29, 1904; decided March 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1903, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

*Charles Stewart Davison* for appellant.

*Edward M. Shepard* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.

———

CHARLES J. PERRY, Respondent, *v.* MICHAEL LEVENSON, Individually, and as Executor of SARAH LEVENSON, Deceased, et al., Appellants, Impleaded with Others.

*Perry* v. *Levenson*, 82 App. Div. 94, affirmed.
(Argued March 3, 1904; decided March 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 16, 1903, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Edward W. S. Johnston* and *Benno Loewy* for appellants.

*George W. Wager* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.